## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Akuranvyka USA, Inc.,** | : | Case No.  2:19-cv-667 |
| **Plaintiff,** | | |
| | | **Judge Sarah D. Morrison** |
| v. | | **Magistrate Judge Chelsey M. Vascura** |
| **Vishal Patel Restaurant Group, LLC,** | : | |
| **Defendant.** | | |

## **ORDER**

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 2, 2020. (ECF No. 29.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this matter with prejudice pursuant to Rule 41(b) for failure to prosecute and **DENIES** Defendant's request for an award of attorney's fees and costs.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**